MEMORANDUM OPINION



No. 04-07-00713-CR



Dustin WILLET,


Appellant



v.



The STATE of Texas,


Appellee



From the 144th Judicial District Court, Bexar County, Texas


Trial Court No. 2007-CR-0062W


Honorable Catherine Torres Stahl, Judge Presiding



Opinion by: Alma L. López, Chief Justice


Sitting: Alma L. López, Chief Justice

 Phylis J. Speedlin, Justice

 Rebecca Simmons, Justice


Delivered and Filed: May 14, 2008


AFFIRMED

 Dustin Willet pled true to violating the conditions of his probation. His guilt was
adjudicated, and he was sentenced to eighteen months in state jail. Willet's court-appointed attorney
filed a brief containing a professional evaluation of the record in accordance with Anders v.
California, 386 U.S. 738 (1967). Counsel concludes that the appeal has no merit. Counsel provided
Willet with a copy of the brief and informed him of his right to review the record and file his own
brief. See Nichols v. State, 954 S.W.2d 83, 85-86 (Tex. App.--San Antonio 1997, no pet.); Bruns
v. State, 924 S.W.2d 176, 177 n.1 (Tex. App.--San Antonio 1996, no pet.). Willet did not file a pro
se brief.

 After reviewing the record and counsel's brief, we agree that the appeal is frivolous and
without merit. The judgment of the trial court is affirmed. Appellate counsel's motion to withdraw
is granted. Nichols v. State, 954 S.W.2d at 86; Bruns 924 S.W.2d at 177 n.1.


 Alma L. López, Chief Justice

DO NOT PUBLISH